

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00247-CV

**GUYTON AIR CONDITIONING, INC.,**

                                                 **Appellant**

 v.

**WATERFURNACE INTERNATIONAL, INC.,**

                                               **Appellee**

---

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2004-4256-4**

---

## MEMORANDUM OPINION

---

Appellant has filed a "Notice of Non-Suit of Appeal" in which it states that the parties have settled their dispute and that it "hereby withdraws and non-suits" the appeal. Appellant requests that this Court "sign and file any appropriate orders." Appellee has not filed a response. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

                                          FELIPE REYNA
                                          Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 12, 2008
[CV06]